UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LINDSAY D.,

   Plaintiff,         Civil No. 2:26-cv-10160
                 Hon. Matthew F. Leitman

v.

FRANK BISIGNANO, COMMISSIONER
OF SOCIAL SECURITY,

   Defendant.

_____/

## **JUDGMENT**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REVERSED AND REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

       /s/Matthew F. Leitman_____
       MATTHEW F. LEITMAN
       UNITED STATES DISTRICT JUDGE

Dated:  June 24, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 24, 2026, by electronic means and/or ordinary mail.

       s/Holly A. Ryan_____
       Case Manager
       (313) 234-5126